THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE GRIFFITH and JENNIFER GRIFFITH, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>CRESTBROOK INSURANCE COMPANY; and NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Defendants. | No.:  2:23-cv-00166-JLR   **JLR**<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR CHANGE OF INITIAL DISCLOSURE DEADLINE<br><br>NOTED FOR CONSIDERATION: FEBRUARY 28, 2023 |

## I. JOINT MOTION

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties jointly ask the Court to grant a brief extension of a Court deadline in Dkt. # 9, such that the date by which the parties must exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) is moved from March 8, 2023 to April 10, 2023.

The case involves disputes about a claim for physical damage to property under a homeowner's insurance policy.  During the parties' Rule 26(f) conference, they discussed "prompt case resolution" as required.  *E.g.*, Dkt. # 9, p. 3, ¶ II.5(A).  The parties may be able to resolve this claim shortly, without litigation.  They would like the opportunity to focus on

early resolution now, without also expending resources on litigation tasks.  Therefore, good cause exists to give the parties a one-month extension of the deadline to exchange initial disclosures.

IT IS SO STIPULATED.

DATED: February 28, 2023

DATED: February 28, 2023

| GORDON TILDEN THOMAS & CORDELL LLP | BULLIVANT HOUSER BAILEY PC |
|---|---|
| s/ Greg D. Pendleton<br>Greg D. Pendleton, WSBA #38361<br>E-Mail: gpendelton@gordontilden.com<br><br>*Attorneys for Plaintiffs* | s/ Pamela J. DeVet<br>Daniel R. Bentson, WSBA #36825<br>E-Mail: dan.bentson@bullivant.com<br>Pamela J. DeVet, WSBA #32882<br>E-Mail: pamela.devet@bullivant.com<br>Danielle N. McKenzie<br>E-mail: Danielle.mckenzie@bullivant.com<br><br>*Attorneys for Defendants Crestbrook Insurance Company, and Nationwide Mutual Insurance Company* |

## II.  ORDER

It is so ordered.

DATED this 28th day of February, 2023.

_____
HONORABLE JAMES L. ROBART